David S. Meyer (*pro hac vice* pending)
Jessica C. Peet (*pro hac vice* pending)
**VINSON & ELKINS LLP**
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Telephone:       (212) 237-0000
Facsimile:       (212) 237-0100

Matthew J. Pyeatt (*pro hac vice* pending)
Trevor G. Spears (*pro hac vice* pending)
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone:       (214) 220-7700
Facsimile:       (214) 220-7716

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:       (804) 644-1700
Facsimile:       (804) 783-6192

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA INC. | ) | Case No. 24-10453 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-4097730 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA AIRCRAFT HOLDINGS CORP. | ) | Case No. 24-10460 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 85-4303879 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA DEVELOPMENT FINANCE COMPANY, LLC | ) | Case No. 24-10469 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-3965445 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENVIVA ENERGY SERVICES, LLC | ) | Case No. 24-10462 (BFK) |
| Debtor. | ) | |
| Tax I.D. No. 32-0478414 | ) | |
| In re: | ) | Chapter 11 |
| ENVIVA GP, LLC | ) | Case No. 24-10463 (BFK) |
| Debtor. | ) | |
| Tax I.D. No. 27-2193583 | ) | |
| In re: | ) | Chapter 11 |
| ENVIVA HOLDINGS GP, LLC | ) | Case No. 24-10465 (BFK) |
| Debtor. | ) | |
| Tax I.D. No. 27-2267930 | ) | |
| In re: | ) | Chapter 11 |
| ENVIVA MANAGEMENT COMPANY, LLC | ) | Case No. 24-10461 (BFK) |
| Debtor. | ) | |
| Tax I.D. No. 90-1030857 | ) | |
| In re: | ) | Chapter 11 |
| ENVIVA MLP INTERNATIONAL HOLDINGS, LLC | ) | Case No. 24-10464 (BFK) |
| Debtor. | ) | |
| Tax I.D. No. 37-1850965 | ) | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PARTNERS FINANCE CORP. | ) | Case No. 24-10472 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-4038925 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS BOND, LLC | ) | Case No. 24-10466 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 86-3827437 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS EPES FINANCE COMPANY, LLC, | ) | Case No. 24-10473 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-1433359 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS EPES HOLDINGS, LLC | ) | Case No. 24-10454 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-1398672 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS EPES, LLC | ) | Case No. 24-10471 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-3505521 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS GREENWOOD, LLC | ) | Case No. 24-10455 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-5480482 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS LUCEDALE, LLC | ) | Case No. 24-10456 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-2802059 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS WAYCROSS, LLC | ) | Case No. 24-10457 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-0523402 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS, LLC | ) | Case No. 24-70505 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-3039073 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PORT OF PASCAGOULA, LLC | ) | Case No. 24-10458 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-2948852 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENVIVA SHIPPING HOLDINGS, LLC | ) | Case No. 24-10459 (BFK) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 85-0504873 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENVIVA HOLDINGS, LP | ) | Case No. 24-10470 (BFK) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 27-2168506 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENVIVA, LP | ) | Case No. 24-10467 (BFK) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 27-2145617 | ) |  |

## MOTION OF DEBTORS FOR ENTRY OF AN ORDER
## DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "***Debtors***") file this *Motion of Debtors for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases* (the "***Motion***") and in support respectfully submit the following:

### JURISDICTION AND VENUE

1.     The United States Bankruptcy Court for the Eastern District of Virginia (the "***Court***") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated August 15, 1984.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  The Debtors confirm their consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), to the entry of a final order by the Court in connection with this Motion

to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 105(a) and 342(c) of title 11 of the United States Code (the "***Bankruptcy Code***"), Bankruptcy Rule 1015(b), and rules 1015-1 and 9013-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "***Local Rules***").

## BACKGROUND

4. Enviva Inc. and its Debtor and non-Debtor subsidiaries (collectively, the "***Company***") are the world's largest producer of industrial wood pellets, a renewable and sustainable energy source produced by aggregating a natural resource—wood fiber—and processing it into a transportable form. The Company owns and operates ten industrial-scale wood pellet production plants located in Virginia, North Carolina, South Carolina, Georgia, Florida, and Mississippi. The Company exports its wood pellets through owned and leased deep-water marine terminals to customers in the United Kingdom, the European Union, and Japan who purchase the wood pellets through long-term, take-or-pay offtake contracts with the Company.

5. On the date hereof (the "***Petition Date***"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Concurrently with the filing of this Motion, the Debtors filed a motion requesting procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). As of the Petition Date, no request for the appointment of a trustee or

examiner has been made and no official committee of unsecured creditors has been appointed in these chapter 11 cases.

6.      Additional information regarding the Debtors and these chapter 11 cases, including the Debtors' business operations, capital structure, financial condition, and the reasons for and objectives of these chapter 11 cases, is set forth in the *Declaration of Glenn Nunziata in Support of Chapter 11 Petitions* (the "***Nunziata Declaration***") and the *Declaration of Mark Rajcevich in Support of Chapter 11 Petitions and First-Day Motions* (the "***Rajcevich Declaration***," and together with the Nunziata Declaration, the "***First Day Declarations***"), filed contemporaneously herewith and incorporated herein by reference.[1]

7.      As set forth in the Nunziata Declaration, on March 12, 2024, the Debtors entered into that certain *Restructuring Support Agreement* with the ad hoc group of creditors (the "***Ad Hoc Group***") party thereto, which represent approximately (a) 72% of the aggregate outstanding principal amount of loans arising under the Senior Secured Credit Facility (including both term loans and revolving credit loans), (b) 95% of the aggregate outstanding principal amount of the 2026 Notes, (c) 78% of the aggregate outstanding principal amount of the Epes Green Bonds, and (d) 45% of the aggregate outstanding principal amount of Bond Green Bonds.  As further set forth in the Nunziata Declaration, on March 12, 2024, the Debtors entered into that certain *Restructuring Support Agreement* with creditors holding approximately 92% of the aggregate outstanding principal amount of the Bond Green Bonds.

---

[1]      Capitalized terms used but not otherwise defined in this Motion shall have the meaning set forth in the First Day Declarations.

**RELIEF REQUESTED**

8.      By this Motion, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**, directing the joint administration of these chapter 11 cases for procedural purposes only.  Specifically, the Debtors request that the Court maintain one file and one docket for all of the Debtors' chapter 11 cases under the case of Enviva Inc. and that these chapter 11 cases be administered under a consolidated caption, as follows:

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA INC., *et al.*, | ) | Case No. 24-10453 (BFK) |
| | ) | |
| Debtors.[2] | ) | (Jointly Administered) |
| | ) | |

9.      The Debtors respectfully request that the Court order that the foregoing caption and footnote satisfy the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

10.      The lead case docket, as well as the dockets for each of the other chapter 11 cases, will be available on the website of the Debtors' proposed claims, noticing, and solicitation agent at www.kccllc.net/enviva.

11.      The Debtors also respectfully request that a notation substantially similar to the following be entered on each of the Debtors' respective dockets (other than Enviva Inc.) to reflect the joint administration of these chapter 11 cases:

An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Virginia, directing joint administration for procedural purposes only of the chapter 11 cases of: Enviva Inc., Case No. 24-10453 (BFK); Enviva Aircraft Holdings Corp., Case No. 24-

---

[2]      Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/enviva.  The location of the Debtors' corporate headquarters is:  7272 Wisconsin Avenue, Suite 1800, Bethesda, MD 20814.

10460 (BFK); Enviva Development Finance Company, LLC, Case No. 24-10469 (BFK); Enviva Energy Services, LLC, Case No. 24-10462 (BFK); Enviva GP, LLC, Case No. 24-10463 (BFK); Enviva Holdings GP, LLC, Case No. 24-10465 (BFK); Enviva Management Company, LLC, Case No. 24-10461 (BFK); Enviva MLP International Holdings, LLC, Case No. 24-10464 (BFK); Enviva Partners Finance Corp., Case No. 24-10472 (BFK); Enviva Pellets Bond, LLC, Case No. 24-10466 (BFK); Enviva Pellets Epes Finance Company, LLC, Case No. 24-10473 (BFK); Enviva Pellets Epes Holdings, LLC, Case No. 24-10454 (BFK); Enviva Pellets Epes, LLC, Case No. 24-10471 (BFK); Enviva Pellets Greenwood, LLC, Case No. 24-10455 (BFK); Enviva Pellets Lucedale, LLC, Case No. 24-10456 (BFK); Enviva Pellets Waycross, LLC, Case No. 24-10457 (BFK); Enviva Pellets, LLC, Case No. 24-70505 (BFK); Enviva Port of Pascagoula, LLC, Case No. 24-10458 (BFK); Enviva Shipping Holdings, LLC, Case No. 24-10459 (BFK); Enviva Holdings, LP, Case No. 24-10470 (BFK); and Enviva, LP, Case No. 24-10467 (BFK).  The docket in Enviva Inc., Case No. 24-10453 (BFK) should be consulted for all matters affecting these cases.  All further pleadings and other papers shall be filed in and all further docket entries shall be made in Enviva Inc., Case No. 24-10453 (BFK).

## **BASIS FOR RELIEF REQUESTED**

12.     Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Section 101(2) of the Bankruptcy Code defines the term "affiliate" to mean:

(A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—

(i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

(ii) solely to secure a debt, if such entity has not in fact exercised such power to vote;

(B) [a] corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—

(i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

(ii) solely to secure a debt, if such entity has not in fact exercised such power to vote . . . .

11 U.S.C. § 101(2).  Local Rule 1015-1 provides additional authority for the joint administration of related chapter 11 cases.  Because Enviva Inc. owns, either directly or indirectly, 100% of the outstanding ownership interests in each of the other Debtors, the Debtors are affiliated entities and the Court is authorized to jointly administer these chapter 11 cases for procedural purposes.

13.    Notices, applications, motions, other pleadings, hearings, and orders in these chapter 11 cases may affect all of the Debtors.  If each Debtor's case were administered independently, there would be a number of duplicative filings and overlapping service.  This unnecessary duplication of identical documents would be wasteful of the resources of the Debtors' estates, as well as the resources of the Court and of other parties in interest.

14.    Joint administration will permit the Clerk of the Court to use a single general docket for all of the Debtors' chapter 11 cases and to combine notices to creditors and other parties in interest by ensuring that all parties in interest will be able to review one docket to stay apprised of the various matters before the Court regarding all of the Debtors' chapter 11 cases.  Moreover, supervision of the administrative aspects of the Debtors' chapter 11 cases by the U.S. Trustee will be simplified.  Therefore, joint administration will promote the economical and efficient administration of the Debtors' estates to the benefit of the Debtors, their creditors, the U.S. Trustee, and the Court.

15.    Joint administration will not give rise to any conflict of interest among the Debtors' estates.  The rights of the Debtors' respective creditors will not be adversely affected by the proposed joint administration because each of the Debtors will continue as separate and distinct legal entities, will continue to maintain separate books and records, and will provide information as required in the consolidated monthly operating reports on a debtor-by-debtor basis.  Each creditor may file a proof of claim against the applicable estate in which it allegedly has a claim or

interest and will retain whatever claims or interests it has against the particular estate.   The recoveries of all creditors will be enhanced by the reduction in costs resulting from joint administration of the Debtors' chapter 11 cases.   The Court will also be relieved of the burden of scheduling duplicative hearings, entering duplicative orders, and maintaining redundant files.

16.     No administrative or scheduling orders previously entered in these chapter 11 cases will require modification if this Motion is granted.   Mailing lists in each of these chapter 11 cases will be consolidated for future noticing requirements.

**<u>NOTICE</u>**

17.     Notice of this Motion has been provided by delivery to the following parties or their counsel, as applicable: (a) the Assistant United States Trustee for the Eastern District of Virginia; (b) the Debtors' 30 largest unsecured creditors (on a consolidated basis); (c) Davis Polk & Wardwell LLP as co-counsel to the Ad Hoc Group; (d) McGuireWoods LLP as co-counsel to the Ad Hoc Group; (e) McDermott Will & Emery LLP as counsel to the agent under the DIP Facility; (f) Cahill Gordon & Reindel LLP as counsel to the agent under the Senior Secured Credit Facility; (g) Kilpatrick Townsend & Stockton LLP as counsel to the indenture trustee under the 2026 Notes; (h) Kramer Levin Naftalis & Frankel LLP as counsel to the indenture trustees under the Bond Green Bonds and the Epes Green Bonds; (i) those persons who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002; (j) the United States Attorney's Office for the Eastern District of Virginia; (k) the Securities and Exchange Commission; (l) the Internal Revenue Service; and (m) all applicable government agencies or other parties to the extent required by the Bankruptcy Rules or the Local Rules (collectively, the "***Notice Parties***").   In light of the nature of the relief requested in this Motion, the Debtors submit that no further notice is necessary.

## NO PRIOR REQUEST

18.      No prior motion for the relief requested herein has been made to this Court or any other court.

The Debtors respectfully request that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, and grant them such other and further relief to which the Debtors may be justly entitled.

Richmond, Virginia
Dated: March 12, 2024

/s/  *Jeremy S. Williams*

**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:      (804) 783-6192
Email: michael.condyles@kutakrock.com;
       peter.barrett@kutakrock.com;
       jeremy.williams@kutakrock.com

**VINSON & ELKINS LLP**
David S. Meyer (*pro hac vice* pending)
Jessica C. Peet (*pro hac vice* pending)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Telephone:     (212) 237-0000
Facsimile:      (212) 237-0100
Email:           dmeyer@velaw.com;
                 jpeet@velaw.com

- and -

Matthew J. Pyeatt (*pro hac vice* pending)
Trevor G. Spears (*pro hac vice* pending)
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone:     (214) 220-7700
Facsimile:      (214) 220-7716
Email:           mpyeatt@velaw.com;
                 tspears@velaw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

## <u>EXHIBIT A</u>

**Proposed Order**

David S. Meyer (*pro hac vice* pending)                    Matthew J. Pyeatt (*pro hac vice* pending)
Jessica C. Peet (*pro hac vice* pending)                   Trevor G. Spears (*pro hac vice* pending)
**VINSON & ELKINS LLP**                                    **VINSON & ELKINS LLP**
The Grace Building                                         Trammell Crow Center
1114 Avenue of the Americas, 32nd Floor                    2001 Ross Avenue, Suite 3900
New York, New York 10036-7708                              Dallas, TX 75201
Telephone:        (212) 237-0000                           Telephone:        (214) 220-7700
Facsimile:        (212) 237-0100                           Facsimile:        (214) 220-7716

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:        (804) 644-1700
Facsimile:        (804) 783-6192

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA INC. | ) | Case No. 24-10453 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-4097730 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA AIRCRAFT HOLDINGS CORP. | ) | Case No. 24-10460 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 85-4303879 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA DEVELOPMENT FINANCE COMPANY, LLC | ) | Case No. 24-10469 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-3965445 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA ENERGY SERVICES, LLC | ) | Case No. 24-10462 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 32-0478414 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA GP, LLC | ) | Case No. 24-10463 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-2193583 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA HOLDINGS GP, LLC | ) | Case No. 24-10465 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-2267930 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA MANAGEMENT COMPANY, LLC | ) | Case No. 24-10461 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 90-1030857 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA MLP INTERNATIONAL HOLDINGS, LLC | ) | Case No. 24-10464 (BFK) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 37-1850965 | ) | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PARTNERS FINANCE CORP. | ) | Case No. 24-10472 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-4038925 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS BOND, LLC | ) | Case No. 24-10466 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 86-3827437 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS EPES FINANCE COMPANY, LLC | ) | Case No. 24-10473 (BFK) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-1433359 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS EPES HOLDINGS, LLC | ) | Case No. 24-10454 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-1398672 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS EPES, LLC | ) | Case No. 24-10471 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-3505521 | ) | |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS GREENWOOD, LLC | ) | Case No. 24-10455 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-5480482 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS LUCEDALE, LLC | ) | Case No. 24-10456 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-2802059 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS WAYCROSS, LLC | ) | Case No. 24-10457 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-0523402 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PELLETS, LLC | ) | Case No. 24-70505 (BFK) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-3039073 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA PORT OF PASCAGOULA, LLC | ) | Case No. 24-10458 (BFK) |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-2948852 | ) | |
| | ) | |

4

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENVIVA SHIPPING HOLDINGS, LLC | ) | Case No. 24-10459 (BFK) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 85-0504873 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENVIVA HOLDINGS, LP | ) | Case No. 24-10470 (BFK) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 27-2168506 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENVIVA, LP | ) | Case No. 24-10467 (BFK) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 27-2145617 | ) |  |

## ORDER DIRECTING JOINT
## ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the Motion[1] filed by the above-referenced debtors and debtors in possession (collectively, the "***Debtors***") for entry of an order (the "***Order***") directing the joint administration of these chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion and in the First Day Declarations; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated August 15, 1984; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

5

Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the First Day Declarations; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, it is HEREBY ORDERED THAT:

1.     The Court shall maintain one file and one docket for all of the jointly administered cases under the lead case of Enviva Inc., Case No. 24-10453 (BFK), and administer these chapter 11 cases under a consolidated caption, as follows:

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVIVA INC., *et al.*, | ) | Case No. 24-10453 (BFK) |
| | ) | |
| Debtors.[2] | ) | (Jointly Administered) |
| | ) | |

2.     The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

---

[2]     Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/enviva.  The location of the Debtors' corporate headquarters is:  7272 Wisconsin Avenue, Suite 1800, Bethesda, MD 20814.

3.      A notation substantially similar to the following shall be entered on each of the

Debtors' respective dockets (other than Debtor Enviva Inc.) to reflect the joint administration of

these chapter 11 cases:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules
> of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules of Bankruptcy
> Practice and Procedure of the United States Bankruptcy Court for the Eastern District of
> Virginia, directing joint administration for procedural purposes only of the chapter 11 cases
> of: Enviva Inc., Case No. 24-10453 (BFK); Enviva Aircraft Holdings Corp., Case No. 24-
> 10460 (BFK); Enviva Development Finance Company, LLC, Case No. 24-10469 (BFK);
> Enviva Energy Services, LLC, Case No. 24-10462 (BFK); Enviva GP, LLC, Case No. 24-
> 10463 (BFK); Enviva Holdings GP, LLC, Case No. 24-10465 (BFK); Enviva Management
> Company, LLC, Case No. 24-10461 (BFK); Enviva MLP International Holdings, LLC,
> Case No. 24-10464 (BFK); Enviva Partners Finance Corp., Case No. 24-10472 (BFK);
> Enviva Pellets Bond, LLC, Case No. 24-10466 (BFK); Enviva Pellets Epes Finance
> Company, LLC, Case No. 24-10473 (BFK); Enviva Pellets Epes Holdings, LLC, Case No.
> 24-10454 (BFK); Enviva Pellets Epes, LLC, Case No. 24-10471 (BFK); Enviva Pellets
> Greenwood, LLC, Case No. 24-10455 (BFK); Enviva Pellets Lucedale, LLC, Case No. 24-
> 10456 (BFK); Enviva Pellets Waycross, LLC, Case No. 24-10457 (BFK); Enviva Pellets,
> LLC, Case No. 24-70505 (BFK); Enviva Port of Pascagoula, LLC, Case No. 24-10458
> (BFK); Enviva Shipping Holdings, LLC, Case No. 24-10459 (BFK); Enviva Holdings, LP,
> Case No. 24-10470 (BFK); and Enviva, LP, Case No. 24-10467 (BFK).  The docket in
> Enviva Inc., Case No. 24-10453 (BFK) should be consulted for all matters affecting these
> cases.  All further pleadings and other papers shall be filed in and all further docket entries
> shall be made in Enviva Inc., Case No. 24-10453 (BFK).

4.      Nothing contained in the Motion or this Order shall be deemed or construed as

directing or otherwise effecting a substantive consolidation of these chapter 11 cases; *provided*,

that this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order

substantively consolidating their respective cases.

5.      Nothing contained in the Motion or this Order shall be deemed or construed as

granting any Debtor standing to be heard on any issue affecting another jointly administered

Debtor beyond what is granted under applicable law.

6.      Notice of the Motion as provided therein shall be deemed good and sufficient notice

of such Motion, and such notice satisfies the requirements of the Bankruptcy Rules and Local

Rules.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.      The requirement under Local Rule 9013-1(F) to file a memorandum of law in connection with the Motion is waived.

9.      The Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____
Alexandria, Virginia


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

- and -

David S. Meyer (*pro hac vice* pending)
Jessica C. Peet (*pro hac vice* pending)
**VINSON & ELKINS LLP**
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Telephone:      (212) 237-0000
Facsimile:      (212) 237-0100

- and -

Matthew J. Pyeatt (*pro hac vice* pending)
Trevor G. Spears (*pro hac vice* pending)
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone:      (214) 220-7700
Facsimile:      (214) 220-7716

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/