David S. Meyer (*pro hac vice* pending)
Jessica C. Peet (*pro hac vice* pending)
**VINSON & ELKINS LLP**
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Telephone: (212) 237-0000
Facsimile: (212) 237-0100

Matthew J. Pyeatt (*pro hac vice* pending)
Trevor G. Spears (*pro hac vice* pending)
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone: (804) 644-1700
Facsimile: (804) 783-6192

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENVIVA INC., *et al.*, | ) | Case No. 24 – 10453 (BFK) |
| Debtors.[1] | ) | (Joint Administration Requested) |

**NOTICE OF FILING OF CHAPTER 11 PETITIONS AND FIRST DAY MOTIONS AND NOTICE OF HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE THAT** on March 12, 2024 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division (the "Court"), their respective voluntary petitions for relief under chapter 11 of the United States

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/enviva. The location of the Debtors' corporate headquarters is: 7272 Wisconsin Avenue, Suite 1800, Bethesda, MD 20814.

Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") commencing the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** together with their chapter 11 petitions, and pursuant to Rule 1075-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Virginia and the "Procedures for Complex Chapter 11 Cases in the Eastern District of Virginia" the Court has granted the Debtors an expedited hearing (the "First Day Hearing") to consider certain motions and applications filed on or around the Petition Date and listed on the agenda field contemporaneously herewith (collectively, the "First Day Motions").

**PLEASE TAKE FURTHER NOTICE THAT** the Court has scheduled the First Day Hearing for **March 14, 2024, at 2:00 p.m., prevailing Eastern Time**, Courtroom I, United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 200 S. Washington Street, Alexandria, Virginia 22314.

**PLEASE TAKE FURTHER NOTICE THAT** the First Day Hearing will be held in-person and by remote video conference and interested parties who wish to participate by video or audio may do so by registering in advance at:

https://www.zoomgov.com/meeting/register/vJItde6oqzwjH8IZR83qu4CVwRGIaP-oStg

**PLEASE TAKE FURTHER NOTICE THAT** a copy of each of the First Day Motions may be viewed on the Court's website at http://www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein or for free at https://www.kccllc.net/Enviva.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should carefully read the First Day Motions and discuss them with your attorney, if you have one in these chapter 11 cases. If you do not have an attorney, then you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your views on the First Day Motions, then you or your attorney must attend the First Day Hearing. If you or your attorney do not take these steps, then the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter orders granting the relief requested in the First Day Motions.

Richmond, Virginia
Dated: March 13, 2024

/s/ *Jeremy S. Williams*

**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: michael.condyles@kutakrock.com;
peter.barrett@kutakrock.com;
jeremy.williams@kutakrock.com

**VINSON & ELKINS LLP**
David S. Meyer (*pro hac vice* pending)
Jessica C. Peet (*pro hac vice* pending)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
Email: dmeyer@velaw.com;
jpeet@velaw.com

- and -

Matthew J. Pyeatt (*pro hac vice* pending)
Trevor G. Spears (*pro hac vice* pending)
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: mpyeatt@velaw.com;
tspears@velaw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*