**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ENVIVA INC., *et al*., | Case No. 24-10453 (BFK) |
| | (Jointly Administered) |
| Debtors. [1] | |

**DECLARATION OF JAMES LEE WITH RESPECT TO THE
TABULATION OF VOTES ON THE AMENDED JOINT CHAPTER 11 PLAN
OF REORGANIZATION OF ENVIVA INC. AND ITS DEBTOR AFFILIATES**

I, James Lee, depose and say under the penalty of perjury:

1.      I am a Vice President of Public Securities Services employed by Kurtzman Carson Consultants, LLC doing business as Verita Global LLC ("Verita"), whose main business address is 222 North Pacific Coast Highway, Suite 300, El Segundo, California 90245.  I am above eighteen years of age and I am competent to testify.

2.      I submit this Declaration regarding the solicitation of votes and the tabulation of Ballots cast on the *Amended Joint Chapter 11 Plan of Reorganization of Enviva Inc. and Its Debtor Affiliates* [Docket No. 1201] (as may be further revised, supplemented, modified and/or amended from time to time, the "Plan").[2]  Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents.  I am authorized to submit this declaration (the "Declaration") on

---

[1]      Due to the large number of Debtors in these jointly administered chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/enviva. The location of the Debtors' corporate headquarters is: 7500 Old Georgetown Road, Suite 1400, Bethesda, MD 20814.

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan or the Disclosure Statement Order, as applicable.

behalf of Verita.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.      The Court authorized Verita's retention as claims and noticing agent to the Debtors on March 14, 2024, pursuant to the *Order Authorizing the Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent* [Docket No. 87] (the "Retention Order"). The Retention Order authorizes Verita to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan.  Verita and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

4.      On October 4, 2024, the Court entered the *Order (I) Approving (A) the Adequacy of the Disclosure Statement, (B) the Solicitation and Notice Procedures with Respect to Confirmation of the Plan, (C) the Forms of Ballots, Other Solicitation Materials, and Notices in Connection Therewith, (D) the Scheduling of Certain Dates with Respect Thereto, (E) The Rights Offering Procedures, (F) the Overbid Procedures, and (II) Granting Related Relief* [Docket No. 1183] (the "Disclosure Statement Order"), establishing, among other things, the Solicitation and Voting Procedures.  Verita adhered to the procedures outlined in the Disclosure Statement Order, the Ballots, and Opt In Forms distributed to parties entitled to vote or opt in.  I supervised the solicitation and tabulation performed by Verita's employees.

 A.      **Service and Transmittal of Solicitation Packages and Related Information**.

5.      Pursuant to the Disclosure Statement Order, on October 9, 2024, and from time to time thereafter, Verita caused the Solicitation Packages to be served on all known Holders of Claims in Class 5 (Bond General Unsecured Claims) and Class 6 (Non-Bond General Unsecured Claims) (together, the "Voting Classes").  Holders of Class 5 (Bond General Unsecured Claims) were also

served with the Rights Offering Procedures and the Rights Exercise Form.  In lieu of a Solicitation Package, all known Holders of Claims and Interests in Class 1 (Other Priority Claims), Class 2 (Other Secured Claims), Class 3 (Senior Secured Credit Facility Claims), Class 4 (NMTC Claims), Class 8 (Section 510(b) Claims), and Class 10 (Existing Equity Interests) (collectively, the "Non-Voting Classes"), received the Non-Voting Package consisting of the applicable Notice of Non-Voting Status with Opt-In Form. Furthermore, Verita caused the *Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines* (the "Confirmation Hearing Notice") (substantially in the form annexed as **Exhibit A** to the Disclosure Statement Order) to be served on the creditor matrix and all other parties required to receive such notice pursuant to the Disclosure Statement Order.  Solicitation Packages or other solicitation materials were not mailed to Holders of Claims or Interests in Class 7 (Intercompany Claims) and Class 9 (Intercompany Interests) in accordance with the Disclosure Statement Order. A *Certificate of Service* evidencing the completion of solicitation was filed with the Court on October 29, 2024 [Docket No. 1260].

6.      On October 9, 2024, Verita posted links to the electronic versions of the Disclosure Statement Order, Disclosure Statement, Plan, Solicitation and Voting Procedures, Committee Letter, and Confirmation Hearing Notice on the public access website at www.veritaglobal.net/enviva.

7.      On October 10, 2024, the Confirmation Hearing Notice was published in *USA Today* and *The Washington Post*.  The *Affidavit of Publication* evidencing the publication of the Confirmation Hearing Notice was filed with the Court on October 29, 2024 [Docket No. 1259].

8.      Verita also forwarded Solicitation Packages and the Confirmation Hearing Notice to voting and creditor matrix parties, as applicable, whose packages were returned with a forwarding address or if an alternate address was available.  The supplemental certificates of service evidencing

3

the foregoing were filed with the Court on November 11, 2024 [Docket Nos. 1336 and 1337] (together with the certificate of service filed on October 29, 2024 the "Solicitation Certificates").

**B.       The Tabulation Process**.

9.       The Disclosure Statement Order established October 4, 2024 as the Voting Record Date to determine which Holders of Claims and Interests were entitled to receive the Solicitation Package or the appropriate Notice of Non-Voting Status with Opt-In Form and, if applicable, the Rights Offering Procedures.  Pursuant to the Disclosure Statement Order, Holders of Claims in Class 5 (Bond General Unsecured Claims) and Class 6 (Non-Bond General Unsecured Claims) were entitled to vote to accept or reject the Plan.  No other Classes were entitled or permitted to vote on the Plan.

10.       In accordance with the Solicitation and Voting Procedures, Verita worked closely with the Debtors' advisors to identify the Holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date, and to coordinate the distribution of Solicitation Packages to such Holders.  A detailed description of Verita's distribution of Solicitation Packages is set forth in the Solicitation Certificates.

11.       Pursuant to the Disclosure Statement Order, Verita relied on the Debtors' Schedules of Assets and Liabilities and the Claims information reflected in Verita's CaseView[3] system to identify and solicit Holders of Claims in the Voting Classes. Verita further relied on information provided by the lenders' administrative agent pertaining to the Holders of Claims in Class 3 (Senior Secured Credit Facility Claims), as applicable.

---

[3]    CaseView is Verita's claims management database, which stores the records and images associated with all scheduled and filed claims.

12.    Verita also relied on security position reports provided by the Depository Trust Company ("DTC") as of the Voting Record Date to identify the banks and brokerage firms (the "Nominees") of Class 5 (Bond General Unsecured Claims) whose Beneficial Holders are entitled to vote to accept or reject the Plan.

13.    In accordance with the Solicitation and Voting Procedures, Verita received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan.  Each Ballot submitted to Verita was date-stamped, scanned, assigned a Ballot number, entered into Verita's voting database, and processed.  To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation and Voting Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative), (c) returned to Verita via an approved method of delivery set forth in the Solicitation and Voting Procedures unless the delivery method requirement was waived by the Debtors, and (d) received by Verita on or before November 6, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"), as established by the Disclosure Statement Order.

14.    The final tabulation of votes cast by timely and properly completed Ballots received by Verita is attached hereto as **Exhibit A.** The detailed Ballot reports for Classes 5 (Bond General Unsecured Claims) and 6 (Non-Bond General Unsecured Claims) are attached to this declaration as **Exhibit A-1** and **Exhibit A-2**, respectively.

**C.    Ballots That Were Not Counted.**

15.    A report of any Ballots from parties in the Voting Classes excluded from the final tabulation, and the reasons for exclusion of such Ballots, is attached hereto as **Exhibit B**.  All such Ballots were not counted because they did not satisfy the requirements for a valid Ballot set forth in the Disclosure Statement Order.

**D.**    **Opt-In Election.**

16.    Verita also reviewed and documented elections recorded on (i) the Ballots from Holders of Claims in the Voting Classes that checked the box on such Ballot to opt in to the Third-Party Releases and (ii) the Opt-In Forms from Non-Voting Holders of Claims and Interests.  A report of all Entities that opted in to the Third-Party Releases by checking the opt in box on the Opt-In Form or checked the opt in box on their Ballot is attached hereto as **Exhibit C**.  For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt in elections received, including those reported on **Exhibit C**, but rather is providing these opt in election results for reporting and informational purposes only.

**E.      Conclusion.**

17.      To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true.

Dated: November 12, 2024

                                        /s/ James Lee
                                        James Lee
                                        Vice President of Public Securities Services
                                        Verita Global LLC

# Exhibit A

**Exhibit A**
**Ballot Tabulation Summary**

| Class Description | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected | Not Tabulated | Voting Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Enviva Aircraft Holdings Corp.** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | Empty Class |
| **Enviva Development Finance Company, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | Empty Class |
| **Enviva Energy Services, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | No Ballots Returned |
| **Enviva GP, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | No Ballots Returned |
| **Enviva Holdings GP, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | Empty Class |
| **Enviva Holdings, LP** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 2 | 2 | 0 | 100.00% | 0.00% | $516,960,631.06 | $516,960,631.06 | $0.00 | 100.00% | 0.00% | 0 | Accept |
| **Enviva Inc.** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 51 | 48 | 3 | 94.12% | 5.88% | $334,640,000.00 | $334,575,000.00 | $65,000.00 | 99.98% | 0.02% | 0 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 31 | 31 | 0 | 100.00% | 0.00% | $354,178,524.66 | $354,178,524.66 | $0.00 | 100.00% | 0.00% | 6 | Accept |
| **Enviva Management Company, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 3 | 3 | 0 | 100.00% | 0.00% | $438,052.48 | $438,052.48 | $0.00 | 100.00% | 0.00% | 0 | Accept |
| **Enviva MLP International Holdings, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | Empty Class |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | No Ballots Returned |
| **Enviva Partners Finance Corp.** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | No Ballots Returned |
| **Enviva Pellets Bond, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 1 | 1 | 0 | 100.00% | 0.00% | $3,919,016.88 | $3,919,016.88 | $0.00 | 100.00% | 0.00% | 0 | Accept |
| **Enviva Pellets Epes Finance Company, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | Empty Class |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | Empty Class |
| **Enviva Pellets Epes Holdings, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | Empty Class |
| Class 6 - Non-Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | No Ballots Returned |
| **Enviva Pellets Epes, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 0 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | Empty Class |
| Class 6 - Non-Bond General Unsecured Claims | 2 | 2 | 0 | 100.00% | 0.00% | $659,747.50 | $659,747.50 | $0.00 | 100.00% | 0.00% | 0 | Accept |
| **Enviva Pellets Greenwood, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 15 | 13 | 2 | 86.67% | 13.33% | $182,815.17 | $175,972.60 | $6,842.57 | 96.26% | 3.74% | 0 | Accept |
| **Enviva Pellets Lucedale, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 11 | 11 | 0 | 100.00% | 0.00% | $245,260.74 | $245,260.74 | $0.00 | 100.00% | 0.00% | 0 | Accept |
| **Enviva Pellets Waycross, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 12 | 12 | 0 | 100.00% | 0.00% | $11,215,848.62 | $11,215,848.62 | $0.00 | 100.00% | 0.00% | 0 | Accept |
| **Enviva Pellets, LLC** | | | | | | | | | | | | |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)

**Exhibit A**
**Ballot Tabulation Summary**

| Class Description | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected | Not Tabulated | Voting Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 45 | 45 | 0 | 100.00% | 0.00% | $1,495,173.49 | $1,495,173.49 | $0.00 | 100.00% | 0.00% | 3 | Accept |
| **Enviva Port of Pascagoula, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 7 | 6 | 1 | 85.71% | 14.29% | $353,070.12 | $244,382.61 | $108,687.51 | 69.22% | 30.78% | 0 | Accept |
| **Enviva Shipping Holdings, LLC** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 1 | 1 | 0 | 100.00% | 0.00% | $8,780.57 | $8,780.57 | $0.00 | 100.00% | 0.00% | 0 | Accept |
| **Enviva, LP** | | | | | | | | | | | | |
| Class 5 - Bond General Unsecured Claims | 172 | 169 | 3 | 98.26% | 1.74% | $974,761,224.00 | $974,696,224.00 | $65,000.00 | 99.99% | 0.01% | 1 | Accept |
| Class 6 - Non-Bond General Unsecured Claims | 5 | 5 | 0 | 100.00% | 0.00% | $413,206,887.38 | $413,206,887.38 | $0.00 | 100.00% | 0.00% | 0 | Accept |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)

Page 2 of 2

# Exhibit A-1

**Exhibit A-1**
**Class 5 Ballot Detail**
**Bond General Unsecured Claims**

| DTC Part No. | Nominee | Total Number of Accounts Voting | Number of Accounts Accepted | Number of Accounts Rejected | Number of Accounts Abstained | Total Principal Amount Voted | Principal Amount Accept | Principal Amount Reject | Principal Amount Abstained |
|---|---|---|---|---|---|---|---|---|---|
| 5 | GOLDMAN | 50 | 50 | 0 | 0 | $327,135,000 | $327,135,000 | $0 | $0 |
| 10 | BROWN BROS | 3 | 3 | 0 | 1 | $11,095,000 | $11,095,000 | $0 | $1,314,000 |
| 15 | MSSB | 4 | 1 | 3 | 0 | $100,000 | $100,000 | $65,000 | $0 |
| 50 | MORGAN LLC | 5 | 5 | 0 | 0 | $170,429,000 | $170,429,000 | $0 | $0 |
| 161 | BOFA | 3 | 3 | 0 | 0 | $18,975,000 | $18,975,000 (1) | $0 | $0 |
| 229 | BARCLAYINC | 3 | 3 | 0 | 0 | $136,750,000 | $136,750,000 | $0 | $0 |
| 352 | JPMS/JPMC | 1 | 1 | 0 | 0 | $292,995 | $292,995 | $0 | $0 |
| 443 | PERSHING | 5 | 5 | 0 | 0 | $12,037,229 | $12,037,229 | $0 | $0 |
| 773 | BOFA/FIX | 1 | 1 | 0 | 0 | $357,000 | $357,000 | $0 | $0 |
| 901 | BANK OF NY | 32 | 32 | 0 | 0 | $111,845,000 | $111,845,000 | $0 | $0 |
| 902 | JPMCBNA | 9 | 9 | 0 | 0 | $42,775,000 | $42,775,000 | $0 | $0 |
| 997 | SSB&T CO | 35 | 35 | 0 | 0 | $81,745,000 | $81,745,000 | $0 | $0 |
| 2450 | UMB BK,NA | 1 | 1 | 0 | 0 | $100,000 | $100,000 | $0 | $0 |
| 2580 | USB/ETF | 2 | 2 | 0 | 0 | $550,000 | $550,000 | $0 | $0 |
| 2669 | NRTHRN TR | 6 | 6 | 0 | 0 | $7,968,000 | $7,968,000 | $0 | $0 |
| 2778 | NTHRN/FFA | 2 | 2 | 0 | 0 | $10,109,000 | $10,109,000 | $0 | $0 |
| 2803 | US BANK NA | 3 | 3 | 0 | 0 | $5,436,000 | $5,436,000 | $0 | $0 |
| 2925 | PRIN BANK | 4 | 4 | 0 | 0 | $781,000 | $781,000 | $0 | $0 |
| 2950 | SSB/TETF | 1 | 1 | 0 | 0 | $228,000 | $228,000 | $0 | $0 |
| 7254 | BARC/LDN | 1 | 1 | 0 | 0 | $33,738,000 | $33,738,000 | $0 | $0 |
| 8455 | BRCNY/LNBR | 1 | 1 | 0 | 0 | $2,250,000 | $2,250,000 | $0 | $0 |
| | **TOTALS:** | **172** | **169** | **3** | **1** | **$974,696,224** | **$974,696,224** | **$65,000** | **$1,314,000** |

(1) Voting amount exceeded Nominee's record date position; voting amounts reduced in same proportion per solicitation procedures.

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)                                            Page 1 of 1

# Exhibit A-2

**Exhibit A-2**
**Class 6 Ballot Detail**
**Non-Bond General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Debtor Name | Voting Amount | Vote |
|---|---|---|---|---|---|
| 4B Components Ltd. | 10/23/2024 | 79 | Enviva Pellets, LLC | $3,632.86 | Accept |
| ABENDOCK SECURITY SOLUTIONS INC | 10/23/2024 | 74 | Enviva Pellets, LLC | $846.60 | Accept |
| AC CONTROLS COMPANY INC | 10/23/2024 | 76 | Enviva Pellets Greenwood, LLC | $957.77 | Accept |
| AIR POWER USA | 10/29/2024 | 111 | Enviva Pellets, LLC | $5,000.00 | Accept |
| AIRPRO FAN & BLOWER | 10/30/2024 | 123 | Enviva Port of Pascagoula, LLC | $9,809.00 | Accept |
| AMANDUS KAHL GMBH & CO KG | 11/01/2024 | 138 | Enviva Pellets Lucedale, LLC | $4,124.39 | Accept |
| AMERICAN WAREHOUSING SYSTEMS INC | 10/16/2024 | 26 | Enviva Inc. | $500.00 | Accept |
| ANDRESS ENGINEERING ASSOCIATES INC | 10/15/2024 | 22 | Enviva Pellets Greenwood, LLC | $5,020.57 | Reject |
| ANSON MECHANICAL PIPING INC | 10/22/2024 | 70 | Enviva Pellets, LLC | $15,808.00 | Accept |
| BAG SUPPLY CO INC | 11/01/2024 | 143 | Enviva Port of Pascagoula, LLC | $4,520.00 | Accept |
| BELZONA CAROLINA INC | 10/22/2024 | 54 | Enviva Pellets, LLC | $3,058.28 | Accept |
| BERRIOS, HOPE | 10/23/2024 | 77 | Enviva Pellets Lucedale, LLC | $2,760.00 | Accept |
| BEST WADE PETROLEUM INC | 10/24/2024 | 86 | Enviva Pellets, LLC | $32,628.33 | Accept |
| BLOSSMAN GAS INC OF GEORGIA | 10/28/2024 | 101 | Enviva Pellets, LLC | $1,553.33 | Accept |
| BUSY B RENTALS INC. | 10/29/2024 | 107 | Enviva Pellets, LLC | $4,200.00 | Accept |
| CARROLL EMC | 11/06/2024 | 198 | Enviva Pellets, LLC | $928.95 | Accept |
| City Electric Supply Company, Inc. | 10/30/2024 | 121 | Enviva Port of Pascagoula, LLC | $1,680.00 | Accept |
| CITY OF BOWDON | 10/22/2024 | 59 | Enviva Pellets, LLC | $160.12 | Accept |
| COGENT INDUSTRIAL TECHNOLOGIES LTD | 11/06/2024 | 192 | Enviva Pellets Waycross, LLC | $10,400.00 | Accept |
| COX TELEPHONE SERVICE INC | 10/21/2024 | 50 | Enviva Pellets Waycross, LLC | $246.50 | Accept |
| CREATIVE BUSINESS SOLUTIONS INC | 10/24/2024 | 83 | Enviva Pellets, LLC | $2,226.00 | Accept |
| CUSTOM ADVANCED CONNECTIONS | 10/23/2024 | 72 | Enviva Inc. | $15,187.65 | Accept |
| D AND R INDUSTRIAL SERVICES LLC | 11/05/2024 | 166 | Enviva Pellets Lucedale, LLC | $3,192.22 | Accept |
| Drax Power Limited | 10/25/2024 | 90 | Enviva, LP | $75,138,973.64 | Accept |
| Duragrind, Inc. | 10/29/2024 | 104 | Enviva Pellets, LLC | $134,276.80 | Accept |
| Duragrind, Inc. | 10/29/2024 | 105 | Enviva Pellets Greenwood, LLC | $19,942.45 | Accept |
| ELECTRIC MOTOR SHOP OF WAKE FOREST INC | 10/17/2024 | 39 | Enviva Pellets, LLC | $50,642.34 | Accept |
| Electric Motor Shop of Wake Forest, Inc. | 10/17/2024 | 38 | Enviva Inc. | $54,117.34 | Accept |
| EMERGENCY SYSTEMS INC | 10/16/2024 | 28 | Enviva Pellets, LLC | $14.40 | Accept |
| ENDUSTRA FILTER MANUFACTURERS | 10/22/2024 | 56 | Enviva Pellets Greenwood, LLC | $1,822.00 | Reject |
| eSentire, Inc. | 10/25/2024 | 92 | Enviva Inc. | $27,849.35 | Accept |
| FAGUS GRECON INC | 10/16/2024 | 24 | Enviva Pellets Waycross, LLC | $2,968.69 | Accept |
| FAGUS GRECON INC | 10/16/2024 | 25 | Enviva Pellets, LLC | $640.43 | Accept |
| FIRE PROTECTION EQUIPMENT CO INC | 10/23/2024 | 78 | Enviva Inc. | $1,028.20 | Accept |
| G. Brewwer Company Inc., of Falson | 10/28/2024 | 100 | Enviva Inc. | $1,421.42 | Accept |
| GENERAL BEARING INDUSTRIAL OF WAYCROSS LLC | 11/05/2024 | 173 | Enviva Pellets Waycross, LLC | $2,474.42 | Accept |
| GENESIS III INC | 11/06/2024 | 193 | Enviva Pellets, LLC | $24,665.24 | Accept |
| Genesis III, Inc. | 11/06/2024 | 194 | Enviva Pellets Waycross, LLC | $9,063.00 | Accept |
| Genesis III, Inc. | 11/06/2024 | 195 | Enviva Pellets Waycross, LLC | $35,055.20 | Accept |
| GLOBO MAINTENANCE AND CLEANING SERVICES LLC | 10/31/2024 | 137 | Enviva Pellets, LLC | $3,000.00 | Accept |
| HAWKINS TIRE CENTER LLC | 10/25/2024 | 89 | Enviva Pellets, LLC | $901.12 | Accept |
| HERALD LEASING INC | 10/28/2024 | 95 | Enviva Pellets Greenwood, LLC | $54.96 | Accept |
| HERC RENTALS | 10/22/2024 | 53 | Enviva Inc. | $21,260.76 | Accept |
| HOLLOWAY COMPANY INC | 10/22/2024 | 69 | Enviva Pellets Greenwood, LLC | $25,124.31 | Accept |
| HUX SAFETY SOLUTIONS LLC | 11/01/2024 | 140 | Enviva Pellets, LLC | $10,713.40 | Accept |
| Hux Safety Solutions LLC | 11/01/2024 | 141 | Enviva Inc. | $10,027.80 | Accept |
| Hux Safety Solutions LLC | 11/01/2024 | 142 | Enviva Inc. | $6,491.60 | Accept |
| ifm efector, inc. | 10/24/2024 | 88 | Enviva Pellets Greenwood, LLC | $1,163.85 | Accept |
| INDIANS SPRING WATER COMPANY | 10/30/2024 | 122 | Enviva Pellets, LLC | $772.28 | Accept |
| INDUSTRIAL CUTTING TOOL INC* | 10/31/2024 | 136 | Enviva Pellets Lucedale, LLC | $66,639.00 | Accept |
| Industrial Cutting Tools, Inc | 10/31/2024 | 136 | Enviva Inc. | $66,639.00 | Accept |
| Insulating Services, Inc | 10/22/2024 | 57 | Enviva Port of Pascagoula, LLC | $221,550.00 | Accept |
| Insulating Services, Inc | 10/22/2024 | 58 | Enviva Pellets, LLC | $34,430.00 | Accept |
| JAMES PEST CONTROL | 10/31/2024 | 133 | Enviva Pellets, LLC | $395.00 | Accept |
| Jernigan Oil Company Inc | 10/23/2024 | 81 | Enviva Pellets, LLC | $26,156.68 | Accept |
| Jernigan Oil Company Inc | 10/23/2024 | 82 | Enviva Inc. | $26,156.68 | Accept |
| JPMorgan Chase Funding Inc. | 11/06/2024 | 185 | Enviva Inc. | $11,079,496.00 | Accept |
| JPMorgan Chase Funding Inc. | 11/06/2024 | 187 | Enviva Pellets Waycross, LLC | $11,079,496.00 | Accept |
| JPMorgan Chase Funding Inc. | 11/06/2024 | 188 | Enviva, LP | $337,570,504.00 | Accept |
| KRAVTSOVA, YANINA A. | 10/29/2024 | 108 | Enviva Management Company, LLC | $228,438.70 | Accept |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)

**Exhibit A-2**
**Class 6 Ballot Detail**
**Non-Bond General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Debtor Name | Voting Amount | Vote |
|---|---|---|---|---|---|
| Macroseal, Inc. | 10/22/2024 | 60 | Enviva Pellets, LLC | $16,942.07 | Accept |
| MACS SUPPLY OF SAVANNAH LLC | 11/06/2024 | 186 | Enviva Pellets Waycross, LLC | $3,316.64 | Accept |
| Marine Oil Service, Inc. | 10/21/2024 | 51 | Enviva Pellets, LLC | $2,075.00 | Accept |
| Mary Motyka | 11/06/2024 | 197 | Enviva Inc. | $6,642.37 | Accept |
| MATHIS PLUMBING & HEATING CO INC | 10/23/2024 | 73 | Enviva Pellets Greenwood, LLC | $765.00 | Accept |
| MICRONICS ENGINEERED FILTRATION GROUP* | 11/01/2024 | 139 | Enviva Pellets Waycross, LLC | $31,466.73 | Accept |
| Micronics Engineered Filtration Group, Inc. | 11/01/2024 | 139 | Enviva Inc. | $20,952.66 | Accept |
| MOSER MECHANICAL INC | 10/17/2024 | 40 | Enviva Shipping Holdings, LLC | $8,780.57 | Accept |
| MOTION INDUSTRIES INC* | 10/23/2024 | 80 | Enviva Pellets Waycross, LLC | $36,590.17 | Accept |
| MOTION INDUSTRIES INC* | 10/23/2024 | 80 | Enviva Pellets Lucedale, LLC | $22,368.55 | Accept |
| MOTION INDUSTRIES INC* | 10/23/2024 | 80 | Enviva Pellets Greenwood, LLC | $29,325.22 | Accept |
| MOTION INDUSTRIES INC* | 10/23/2024 | 80 | Enviva Port of Pascagoula, LLC | $332.55 | Accept |
| Motion Industries, Inc. | 10/23/2024 | 80 | Enviva Pellets, LLC | $210,955.27 | Accept |
| Mouer, Antonio | 10/17/2024 | 43 | Enviva Inc. | $300,000.00 | Accept |
| MSS SOLUTIONS LLC | 10/22/2024 | 55 | Enviva Pellets Greenwood, LLC | $12,506.72 | Accept |
| NATIONWIDE BOILER INC DBA PACIFIC COMBUSTION ENGINEERING | 10/16/2024 | 30 | Enviva Pellets, LLC | $6,528.00 | Accept |
| NC FORESTRY ASSOCIATION INC. | 10/15/2024 | 18 | Enviva Pellets, LLC | $3,661.50 | Accept |
| NC FORESTRY ASSOCIATION INC. | 10/15/2024 | 20 | Enviva Inc. | $28,514.58 | Accept |
| NCFA SFI-SIC | 10/15/2024 | 19 | Enviva Pellets, LLC | $1,635.47 | Accept |
| NEW DIXIE OIL CORPORATION | 10/29/2024 | 109 | Enviva Pellets, LLC | $41,440.55 | Accept |
| New Dixie Oil Corporation | 10/29/2024 | 110 | Enviva Inc. | $53,732.00 | Accept |
| North Carolina State Ports Authority | 11/05/2024 | 164 | Enviva Holdings, LP | $241,301.88 | Accept |
| OPACITY CONSULTANTS | 10/21/2024 | 47 | Enviva Pellets, LLC | $1,250.00 | Accept |
| Orion ICS LLC | 10/17/2024 | 35 | Enviva Management Company, LLC | $59,380.00 | Accept |
| ORION ICS LLC | 10/17/2024 | 36 | Enviva Inc. | $30,000.00 | Accept |
| P and H Services of Williamston, Inc. | 10/30/2024 | 120 | Enviva Pellets, LLC | $3,178.34 | Accept |
| PACIFIC BASIN SUPRAMAX LIMITED HONG KONG | 10/31/2024 | 134 | Enviva, LP | $4,350.65 | Accept |
| Parker Oil Company, Inc. | 11/05/2024 | 168 | Enviva Pellets, LLC | $45,278.33 | Accept |
| PATTONS INC | 11/04/2024 | 149 | Enviva Inc. | $135,875.13 | Accept |
| POLYMER SEPARATIONS INC | 10/27/2024 | 94 | Enviva Pellets Waycross, LLC | $2,789.00 | Accept |
| POWELL HOLDINGS LIMITED LLC | 11/03/2024 | 146 | Enviva Pellets Greenwood, LLC | $40,480.00 | Accept |
| POWER MECHANICAL INC | 11/05/2024 | 165 | Enviva Pellets, LLC | $17,970.00 | Accept |
| Riverstone Echo Rollover Holdings, L.P., Riverstone Echo Continuation Holdings, L.P., and Riverstone Echo PF Holdings, L.P. | 11/04/2024 | 154 | Enviva Inc. | $1.00 | Accept |
| Samuel, Son & Co. (USA) Inc. | 10/30/2024 | 124 | Enviva Pellets, LLC | $57,975.00 | Accept |
| Sapphire Gas Solutions LLC | 10/30/2024 | 119 | Enviva, LP | $130,131.87 | Accept |
| SAPPHIRE GAS SOLUTIONS LLC* | 10/30/2024 | 119 | Enviva Pellets, LLC | $152,203.09 | Accept |
| Schaeffer Manufacturing Company | 10/31/2024 | 135 | Enviva Inc. | $44,263.43 | Accept |
| SCHAEFFER MANUFACTURING COMPANY* | 10/31/2024 | 135 | Enviva Pellets, LLC | $18,579.46 | Accept |
| SCHAEFFER MANUFACTURING COMPANY* | 10/31/2024 | 135 | Enviva Pellets Lucedale, LLC | $41,779.85 | Accept |
| Schaeffer Manufacturing Company* | 10/31/2024 | 135 | Enviva Inc. | $16,095.88 | Accept |
| SCHMIDT JR., WILLIAM H. | 11/06/2024 | 183 | Enviva Management Company, LLC | $150,233.78 | Accept |
| SONICAIRE INC | 11/06/2024 | 190 | Enviva Pellets, LLC | $80,523.19 | Accept |
| SOUTHEASTERN CABLE PRODUCTS INC | 10/22/2024 | 62 | Enviva Pellets, LLC | $3,667.32 | Accept |
| Southeastern Industrial Contractors, LLC | 11/06/2024 | 196 | Enviva Port of Pascagoula, LLC | $108,687.51 | Reject |
| SSA GULF INC* | 11/04/2024 | 151 | Enviva, LP | $362,927.22 | Accept |
| SSA Gulf, Inc. | 11/04/2024 | 151 | Enviva Inc. | $362,927.22 | Accept |
| STAR SERVICE INC OF MOBILE | 10/24/2024 | 87 | Enviva Pellets Lucedale, LLC | $14,000.89 | Accept |
| STELTER & BRINCK LTD | 11/04/2024 | 148 | Enviva Pellets Lucedale, LLC | $1,290.87 | Accept |
| Stelter & Brinck Ltd. | 11/04/2024 | 147 | Enviva Inc. | $1,290.87 | Accept |
| SULLIVAN CONTRACTING INC | 11/06/2024 | 191 | Enviva Inc. | $93,300.00 | Accept |
| Sumitomo Corporation | 11/06/2024 | 182 | Enviva Holdings, LP | $516,719,329.18 | Accept |
| Sumitomo Corporation | 11/06/2024 | 204 | Enviva Inc. | $337,836,148.97 | Accept |
| TEAL SALES INC* | 11/05/2024 | 169 | Enviva Pellets Epes, LLC | $658,916.00 | Accept |
| TEAL SALES INC* | 11/05/2024 | 169 | Enviva Pellets Greenwood, LLC | $38,598.35 | Accept |
| TEAL SALES INC* | 11/05/2024 | 169 | Enviva Pellets Lucedale, LLC | $25,204.24 | Accept |
| TEAL SALES INC* | 11/05/2024 | 169 | Enviva Pellets, LLC | $467,769.32 | Accept |
| Teal Sales Incorporated | 11/05/2024 | 167 | Enviva Pellets Bond, LLC | $3,919,016.88 | Accept |
| Teal Sales Incorporated | 11/05/2024 | 169 | Enviva Inc. | $3,919,016.88 | Accept |

**Exhibit A-2**
**Class 6 Ballot Detail**
**Non-Bond General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Debtor Name | Voting Amount | Vote |
|---|---|---|---|---|---|
| The Commissioners of Public Works of the City of Greenwood, South Carolina | 11/05/2024 | 170 | Enviva Pellets Greenwood, LLC | $1.00 | Accept |
| The Commissioners of Public Works of the City of Greenwood, South Carolina | 11/05/2024 | 171 | Enviva Pellets Greenwood, LLC | $1.00 | Accept |
| THE MCPHERSON COMPANIES | 11/04/2024 | 150 | Enviva Pellets Lucedale, LLC | $33,253.22 | Accept |
| The Persimmon Group, LLC | 10/23/2024 | 75 | Enviva Inc. | $15,309.72 | Accept |
| Theodore E Atkinson MD | 10/29/2024 | 106 | Enviva Inc. | $950.00 | Accept |
| Thompson Tractor Company, Inc. | 10/23/2024 | 66 | Enviva Port of Pascagoula, LLC | $6,491.06 | Accept |
| Thompson Tractor Company, Inc. | 10/23/2024 | 67 | Enviva Pellets Lucedale, LLC | $30,647.51 | Accept |
| Thompson Tractor Company, Inc. | 10/23/2024 | 68 | Enviva Pellets, LLC | $3,905.63 | Accept |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE INC* | 10/24/2024 | 84 | Enviva Pellets, LLC | $985.79 | Accept |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. | 10/24/2024 | 84 | Enviva Inc. | $2,496.65 | Accept |
| Trash Rolloff of Bay County | 10/17/2024 | 32 | Enviva Pellets, LLC | $1,000.00 | Accept |
| Trash Rolloff of Bay County | 10/17/2024 | 33 | Enviva Pellets, LLC | $500.00 | Accept |
| Trash Rolloff of Bay County | 10/17/2024 | 34 | Enviva Pellets, LLC | $500.00 | Accept |
| Triple H Specialty Co., Inc. | 11/05/2024 | 172 | Enviva Pellets Waycross, LLC | $1,982.27 | Accept |
| UNIVAR SOLUTIONS USA INC | 10/29/2024 | 118 | Enviva Pellets Greenwood, LLC | $7,051.97 | Accept |
| WATER WAY DISTRIBUTING CO INC* | 10/22/2024 | 61 | Enviva Pellets Epes, LLC | $831.50 | Accept |
| Water Way Distributing, Co. Inc. | 10/22/2024 | 61 | Enviva Inc. | $831.50 | Accept |
| | | **TOTAL:** | **Accept** | **$1,302,748,278.59** | **132** |
| | | | **Reject** | **$115,530.08** | **3** |

\*Indicates that claimant did not submit a ballot with respect to the specified Debtor, but did return a ballot with respect to other Debtor(s).  Consistent with the ballot instructions, if a claimant holds a claim, as applicable, in a voting class against multiple Debtors, a vote on its ballot will apply to all Debtors against whom such claimant has a claim, as applicable, in that voting class.

# Exhibit B

**Exhibit B**
**Ballots Excluded from Tabulation**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Reason Not Tabulated |
|---|---|---|---|---|---|---|
| AIRMATIC INC | 11/07/2024 | 208 | $972.66 | Accept | 6 - Non-Bond General Unsecured Claims | Late Filed |
| Bank of NY - 6931911702509133 | 11/6/2024 | N/A | $882,000.00 | Accept | 5 - Bond General Unsecured Claims | Duplicate |
| Bank of NY - 7429699273839553 | 11/6/2024 | N/A | $677,000.00 | Accept | 5 - Bond General Unsecured Claims | Duplicate |
| Dale and Jannette Fisher | 11/07/2024 | 206 | N/A | N/A | 8 - Section 510(b) Claims | Late Filed |
| Mary E. Mitchell | 11/06/2024 | 205 | N/A | N/A | 8 - Section 510(b) Claims | Late Filed |
| Old Dominion Fire Company | 11/07/2024 | 207 | $28,260.00 | Accept | 6 - Non-Bond General Unsecured Claims | Late Filed |
| ORION ICS LLC | 10/17/2024 | 37 | $29,380.00 | Abstain | 6 - Non-Bond General Unsecured Claims | Abstained |
| Ronald W Blake | 11/06/2024 | 203 | N/A | N/A | 8 - Section 510(b) Claims | Late Filed |
| SHARP BUSINESS SYSTEMS | 11/06/2024 | 200 | $123,737.75 | Abstain | 6 - Non-Bond General Unsecured Claims | Abstained |
| US Bank NA - 1307270830785019 | 11/6/2024 | N/A | $150,000.00 | Accept | 5 - Bond General Unsecured Claims | Exceeds Record Date Position |
| US Bank NA - 2149531819457351 | 11/6/2024 | N/A | $400,000.00 | Accept | 5 - Bond General Unsecured Claims | Exceeds Record Date Position |
| US Bank NA - 6347416422342486 | 11/6/2024 | N/A | $3,197,000.00 | Abstain | 5 - Bond General Unsecured Claims | Duplicate |
| US Bank NA - 7857768058123964 | 11/6/2024 | N/A | $100,000.00 | Accept | 5 - Bond General Unsecured Claims | Duplicate |
| US Bank NA - 8978703911010534 | 11/6/2024 | N/A | $2,139,000.00 | Abstain | 5 - Bond General Unsecured Claims | Duplicate |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)

# Exhibit C

**Exhibit C**
**Opt-In Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt-In to Release |
|---|---|---|---|---|---|---|
| 4B Components Ltd. | 10/23/2024 | 79 | $3,632.86 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| ABENDOCK SECURITY SOLUTIONS INC | 10/23/2024 | 74 | $846.60 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| AIR POWER USA | 10/29/2024 | 111 | $5,000.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| AIRPRO FAN & BLOWER | 10/30/2024 | 123 | $9,809.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Ajay Singh Bishnoi | 10/21/2024 | 48 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Akiko Ainsworth | 11/01/2024 | 145 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| AMANDUS KAHL GMBH & CO KG | 11/01/2024 | 138 | $4,124.39 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| AMERICAN WAREHOUSING SYSTEMS INC | 10/16/2024 | 26 | $500.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Artystone Master Fund I, L.P. | 10/10/2024 | 1 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| BAG SUPPLY CO INC | 11/01/2024 | 143 | $4,520.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Barclays Bank PLC-Cayman Islands Branch | 11/06/2024 | 202 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Benefit Street Partners, on behalf of its managed or advised funds | 10/25/2024 | 91 | N/A | N/A | 6 - Non-Bond General Unsecured Claims | Yes |
| BERRIOS, HOPE | 10/23/2024 | 77 | $2,760.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Canary SC Master Fund, L.P. | 10/10/2024 | 2 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| CARROLL EMC | 11/06/2024 | 198 | $928.95 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Caspian Capital LP, on behalf of its managed or advised funds and accounts | 11/06/2024 | 184 | N/A | N/A | 6 - Non-Bond General Unsecured Claims | Yes |
| Christina Margaret Shallow | 11/05/2024 | 178 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| CITY OF BOWDON | 10/22/2024 | 59 | $160.12 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| COGENT INDUSTRIAL TECHNOLOGIES LTD | 11/06/2024 | 192 | $10,400.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| CREATIVE BUSINESS SOLUTIONS INC | 10/24/2024 | 83 | $2,226.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Crescent 1 LP | 10/10/2024 | 3 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| CRS Master Fund, L.P. | 10/10/2024 | 10 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Cyrus 1740 Master Fund, L.P. | 10/10/2024 | 4 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Cyrus Lucrum Fund, L.P. | 10/10/2024 | 6 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Cyrus Opportunities Master Fund II, Ltd | 10/10/2024 | 5 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Cyrus Select Opportunities Master Fund II, L.P. | 10/10/2024 | 7 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| D AND R INDUSTRIAL SERVICES LLC | 11/05/2024 | 166 | $3,192.22 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| ELECTRIC MOTOR SHOP OF WAKE FOREST INC | 10/17/2024 | 39 | $50,642.34 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Electric Motor Shop of Wake Forest, Inc. | 10/17/2024 | 38 | $54,117.34 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| EMERGENCY SYSTEMS INC | 10/16/2024 | 28 | $14.40 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Encinal Holdings E Fund L.P. | 10/10/2024 | 13 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Encinal Holdings Fund L.P. | 10/10/2024 | 9 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Enspire Energy, LLC | 11/05/2024 | 163 | N/A | N/A | 2 - Other Secured Claims | Yes |
| eSentire, Inc. | 10/25/2024 | 92 | $27,849.35 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| FAGUS GRECON INC | 10/16/2024 | 24 | $2,968.69 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| FAGUS GRECON INC | 10/16/2024 | 25 | $640.43 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| FIRE PROTECTION EQUIPMENT CO INC | 10/23/2024 | 78 | $1,028.20 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| G. Brewwer Company Inc., of Falson | 10/28/2024 | 100 | $1,421.42 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| GENERAL BEARING INDUSTRIAL OF WAYCROSS LLC | 11/05/2024 | 173 | $2,474.42 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| GENESIS III INC | 11/06/2024 | 193 | $24,665.24 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Genesis III, Inc. | 11/06/2024 | 194 | $9,063.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Genesis III, Inc. | 11/06/2024 | 195 | $35,055.20 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Geraldine Lauren and Jack Lauren | 10/31/2024 | 131 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| HAWKINS TIRE CENTER LLC | 10/25/2024 | 89 | $901.12 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| HERC RENTALS | 10/22/2024 | 53 | $21,260.76 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| HOLLOWAY COMPANY INC | 10/22/2024 | 69 | $25,124.31 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Hugh Edward Dowling Jr | 10/21/2024 | 49 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| ifm efector, inc. | 10/24/2024 | 88 | $1,163.85 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| INDIANS SPRING WATER COMPANY | 10/30/2024 | 122 | $772.28 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Industrial Cutting Tools, Inc | 10/31/2024 | 136 | $66,639.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Insulating Services, Inc | 10/22/2024 | 57 | $221,550.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Insulating Services, Inc | 10/22/2024 | 58 | $34,430.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| JAMES PEST CONTROL | 10/31/2024 | 133 | $395.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Jernigan Oil Company Inc | 10/23/2024 | 81 | $26,156.68 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Jernigan Oil Company Inc | 10/23/2024 | 82 | $26,156.68 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| John F. Ames | 11/05/2024 | 180 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| JOHN K KEPPLER | 11/04/2024 | 152 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| JOHN K KEPPLER | 11/04/2024 | 153 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| JOHN K KEPPLER | 11/04/2024 | 155 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| John K. Connors | 11/06/2024 | 199 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Joseph Gola | 10/18/2024 | 44 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| JPMorgan Chase Funding Inc. | 11/06/2024 | 185 | $11,079,496.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)

Page 1 of 3

**Exhibit C**
**Opt-In Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt-In to Release |
|---|---|---|---|---|---|---|
| JPMorgan Chase Funding Inc. | 11/06/2024 | 187 | $11,079,496.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| JPMorgan Chase Funding Inc. | 11/06/2024 | 188 | $337,570,504.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Karen M. Huss | 10/28/2024 | 102 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Karen R. Becker | 10/28/2024 | 103 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Kevin Hite | 10/23/2024 | 71 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Keyframe 1740 Fund LP | 10/10/2024 | 8 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Keyframe 3523 Fund LP | 10/10/2024 | 11 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| Keyframe Eos Fund LP | 10/10/2024 | 14 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| KF Vermillion Fund LP | 10/10/2024 | 12 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| KRAVTSOVA, YANINA A. | 10/29/2024 | 108 | $228,438.70 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Larry M. Kropp | 11/04/2024 | 144 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Larry M. Schnabel | 10/23/2024 | 63 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Laura Frances Olszewski | 10/27/2024 | 98 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Lewis and Raulerson, Inc. | 11/06/2024 | 201 | N/A | N/A | 1 - Other Priority Claims<br>2 - Other Secured Claims | Yes |
| Livello Capital Special Opportunities Master Fund LP | 10/24/2024 | 85 | N/A | N/A | 6 - Non-Bond General Unsecured Claims | Yes |
| MACS SUPPLY OF SAVANNAH LLC | 11/06/2024 | 186 | $3,316.64 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Marcy Nan Epstein | 11/05/2024 | 179 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Marine Oil Service, Inc. | 10/21/2024 | 51 | $2,075.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Marjorie L Stephenson TTEE U/A 01/24/07 David & Marjorie Stephenson Trust | 10/22/2024 | 65 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Mary Motyka | 11/06/2024 | 197 | $6,642.37 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Michael L Anderson | 10/23/2024 | 64 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Micronics Engineered Filtration Group, Inc. | 11/01/2024 | 139 | $20,952.66 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| MOSER MECHANICAL INC | 10/17/2024 | 40 | $8,780.57 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Mouer, Antonio | 10/17/2024 | 43 | $300,000.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| MSS SOLUTIONS LLC | 10/22/2024 | 55 | $12,506.72 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| NATIONWIDE BOILER INC DBA PACIFIC COMBUSTION ENGINEERING | 10/16/2024 | 30 | $6,528.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| NC FORESTRY ASSOCIATION INC. | 10/15/2024 | 18 | $3,661.50 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| NC FORESTRY ASSOCIATION INC. | 10/15/2024 | 20 | $28,514.58 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| NCFA SFI-SIC | 10/15/2024 | 19 | $1,635.47 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| NEW DIXIE OIL CORPORATION | 10/29/2024 | 109 | $41,440.55 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| New Dixie Oil Corporation | 10/29/2024 | 110 | $53,732.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| NORBERT A HINTZ | 10/30/2024 | 125 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| NORBERT A HINTZ | 10/30/2024 | 126 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| NORBERT A HINTZ | 10/30/2024 | 127 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| NORBERT A HINTZ | 10/30/2024 | 128 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| Old Orchard Capital Management LP | 10/28/2024 | 99 | N/A | N/A | 6 - Non-Bond General Unsecured Claims | Yes |
| Orion ICS LLC | 10/17/2024 | 35 | $59,380.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| ORION ICS LLC | 10/17/2024 | 36 | $30,000.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Orlando Gibson | 10/15/2024 | 29 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Orlin Euman | 10/17/2024 | 42 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| P and H Services of Williamston, Inc. | 10/30/2024 | 120 | $3,178.34 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Parker Oil Company, Inc. | 11/05/2024 | 168 | $45,278.33 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| PATTONS INC | 11/04/2024 | 149 | $135,875.13 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Peterson Capital Investors LLC | 10/10/2024 | 16 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| PJ A Capital LLC | 10/10/2024 | 15 | N/A | N/A | 3 - Senior Secured Credit Facility Claims | Yes |
| POLYMER SEPARATIONS INC | 10/27/2024 | 94 | $2,789.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| POWELL HOLDINGS LIMITED LLC | 11/03/2024 | 146 | $40,480.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| POWER MECHANICAL INC | 11/05/2024 | 165 | $17,970.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| RA FAMILY TRUST | 10/16/2024 | 27 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| Richard G Simon | 10/15/2024 | 23 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| RIVERSTONE ECHO CONTINUATION HOLDINGS LP | 11/04/2024 | 156 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| RIVERSTONE ECHO CONTINUATION HOLDINGS LP | 11/04/2024 | 157 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| RIVERSTONE ECHO CONTINUATION HOLDINGS LP | 11/04/2024 | 158 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| RIVERSTONE ECHO PF HOLDINGS LP | 11/04/2024 | 159 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| RIVERSTONE ECHO ROLLOVER HOLDINGS LP | 11/04/2024 | 160 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)

Page 2 of 3

**Exhibit C**
**Opt-In Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt-In to Release |
|---|---|---|---|---|---|---|
| RIVERSTONE ECHO ROLLOVER HOLDINGS LP | 11/04/2024 | 161 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| RIVERSTONE ECHO ROLLOVER HOLDINGS LP | 11/04/2024 | 162 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| Riverstone Echo Rollover Holdings, L.P., Riverstone Echo Continuation Holdings, L.P., and Riverstone Echo PF Holdings, L.P. | 11/04/2024 | 154 | $1.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Rudolph J Kolarik | 10/30/2024 | 130 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Samuel, Son & Co. (USA) Inc. | 10/30/2024 | 124 | $57,975.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Sapphire Gas Solutions LLC | 10/30/2024 | 119 | $130,131.87 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Schaeffer Manufacturing Company | 10/31/2024 | 135 | $44,263.43 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| SCHMIDT JR., WILLIAM H. | 11/06/2024 | 183 | $150,233.78 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Sona Asset Management (US) LLC | 11/06/2024 | 189 | N/A | N/A | 6 - Non-Bond General Unsecured Claims | Yes |
| Sonya Doty | 10/17/2024 | 41 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| SSA Gulf, Inc. | 11/04/2024 | 151 | $362,927.22 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Stanley Morton Slate | 10/27/2024 | 96 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| SULLIVAN CONTRACTING INC | 11/06/2024 | 191 | $93,300.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Teal Sales Incorporated | 11/05/2024 | 167 | $3,919,016.88 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Teal Sales Incorporated | 11/05/2024 | 169 | $3,919,016.88 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| The Commissioners of Public Works of the City of Greenwood, South Carolina | 11/05/2024 | 170 | $1.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| The Commissioners of Public Works of the City of Greenwood, South Carolina | 11/05/2024 | 171 | $1.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| The David William Nibert Living Trust, David Nibert, Trustee | 10/29/2024 | 117 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| THE MCPHERSON COMPANIES | 11/04/2024 | 150 | $33,253.22 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| The Persimmon Group, LLC | 10/23/2024 | 75 | $15,309.72 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Theodore E Atkinson MD | 10/29/2024 | 106 | $950.00 | Accept | 6 - Non-Bond General Unsecured Claims | Yes |
| Thomas Meth | 11/05/2024 | 181 | N/A | N/A | 1 - Other Priority Claims | Yes |
| THOMAS METH | 11/05/2024 | 174 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| THOMAS METH | 11/05/2024 | 175 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| THOMAS METH | 11/05/2024 | 176 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| THOMAS METH | 11/05/2024 | 177 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| Toni Doreen Jarvis | 10/18/2024 | 45 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| Walter E. Thomas, Sr. | 10/27/2024 | 97 | N/A | N/A | 8 - Section 510(b) Claims | Yes |
| YANINA A KRAVTSOVA | 10/29/2024 | 112 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| YANINA A KRAVTSOVA | 10/29/2024 | 113 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| YANINA A KRAVTSOVA 4 | 10/29/2024 | 114 | N/A | N/A | 10 - Existing Equity Interests (Registered Shareholders) | Yes |
| Zhao Ying Li | 10/29/2024 | 116 | N/A | N/A | 1 - Other Priority Claims | Yes |

**Opt-In Form Returned and Did Not Elect to Opt-In**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt-In to Release |
|---|---|---|---|---|---|---|
| Andrew C Siegel Trust | 10/25/2024 | 93 | N/A | N/A | 8 - Section 510(b) Claims | No |
| Charles E. Striegel | 10/21/2024 | 52 | N/A | N/A | 8 - Section 510(b) Claims | No |
| Daniel Jones | 10/15/2024 | 31 | N/A | N/A | 8 - Section 510(b) Claims | No |
| Daniel McCallen | 10/31/2024 | 132 | N/A | N/A | 8 - Section 510(b) Claims | No |
| Dapunt Olifer Franz | 10/30/2024 | 129 | N/A | N/A | 8 - Section 510(b) Claims | No |
| John W. Backstrom | 10/15/2024 | 21 | N/A | N/A | 8 - Section 510(b) Claims | No |
| Leonard M. Dobrin | 10/29/2024 | 115 | N/A | N/A | 8 - Section 510(b) Claims | No |
| THOMPKINS FINANCIAL LLC | 10/12/2024 | 17 | N/A | N/A | 8 - Section 510(b) Claims | No |
| Wylie Barbour | 10/18/2024 | 46 | N/A | N/A | 8 - Section 510(b) Claims | No |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)

**Exhibit C**
**Class 5  Opt-In Summary**

| DTC Part No. | Custodian | Number of Accounts Opting-In | Principal Amount Opting-In |
|---|---|---|---|
| 5 | Goldmans Sachs & Co | 50 | $327,135,000 |
| 10 | Brown Brothers Harriman & Co | 2 | $10,970,000 |
| 15 | Morgan Stanley Smith Barney | 1 | $100,000 |
| 50 | Morgan Stanley & Co | 2 | $167,157,000 |
| 161 | Bank of America Merrill Lynch | 3 | $18,975,000 |
| 229 | Barclays Bank Inc | 2 | $135,750,000 |
| 443 | Pershing LLC Securities Corp | 5 | $12,037,229 |
| 773 | Bank of America Merrill Lynch | 1 | $357,000 |
| 901 | BNY Mellon | 31 | $99,445,000 |
| 902 | JPMorgan Chase Bank NA | 9 | $42,775,000 |
| 997 | State Street Bank & Trust Co | 32 | $78,696,000 |
| 2450 | UMB Bank NA | 1 | $100,000 |
| 2580 | US Bank NA | 2 | $550,000 |
| 2669 | Northern Trust Co | 6 | $7,968,000 |
| 2778 | Northern Trust Co - Future Fund A | 2 | $10,109,000 |
| 2803 | US Bank NA | 3 | $5,436,000 |
| 2925 | Principal Bank | 4 | $781,000 |
| 2950 | SSB/TETF | 1 | $228,000 |
| 8455 | Barclays Bank PLC | 1 | $2,250,000 |
| | **TOTALS:** | **158** | **$920,819,229** |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)                    Page 1 of 1

**Exhibit C**
**Class 10 Opt-In Summary**

| DTC Part No. | Custodian | Number of Accounts | Amount of Shares Opting In |
|---|---|---|---|
| 5 | Goldmans Sachs & Co | 6 | 1,836,057.00 |
| 15 | Morgan Stanley Smith Barney | 59 | 383,887.95 |
| 57 | Edward D Jones & Co | 11 | 4,619.94 |
| 62 | Vanguard Marketing Corp | 17 | 22,097.99 |
| 75 | LPL Financial Corp | 5 | 1,260.15 |
| 103 | Wedbush | 2 | 750.00 |
| 141 | Wells Fargo Advisors | 18 | 64,862.09 |
| 158 | Apex Clearing | 17 | 10,146.90 |
| 161 | Bank of America Merrill Lynch | 1 | 5,305.00 |
| 164 | Charles Schwab & Co Inc | 201 | 166,876.89 |
| 221 | UBS Financial Services LLC | 1 | 1,500.00 |
| 226 | National Financial Services | 184 | 344,944.00 |
| 235 | RBC Capital Markets Corp | 10 | 18,040.85 |
| 271 | TradeStation Group Inc | 2 | 61.00 |
| 280 | US BANCORP | 2 | 370.00 |
| 352 | JP Morgan Clearing Corp | 9 | 16,987.00 |
| 443 | Pershing LLC Securities Corp | 11 | 18,407.00 |
| 534 | Interactive Broker Retail Equity Clearing | 12 | 26,008.00 |
| 547 | Baird Robert W & Co | 1 | 0.77 |
| 725 | Raymond James & Associates Inc | 28 | 30,842.63 |
| 756 | AEIS INC. | 1 | 2,190.00 |
| 793 | Stifel Nicolaus & Co | 2 | 2,612.60 |
| 901 | BNY Mellon | 1 | 153.00 |
| 902 | JPMorgan Chase Bank NA | 1 | 22,206.00 |
| 908 | Citibank | 1 | 300.00 |
| 2116 | Fifth Third Bank | 1 | 5,000.00 |
| 5004 | Wealth Simple Investments Inc | 3 | 8.00 |
| 5028 | Desjardins Securities Inc | 3 | 655.00 |
| 5036 | TD Waterhouse Canada Inc | 1 | 100.00 |
| 5043 | BMO Nesbitt Burns Inc | 1 | 43.00 |
| 5084 | Questrade Inc | 1 | 1,000.00 |
| 8862 | Merrill Lynch, Pierce, Fenner & Smith | 12 | 16,499.00 |
| **TOTALS:** | | **625** | **3,003,791.76** |

In re Enviva Inc., et al.
Case No. 24-10453 (BFK)          Page 1 of 1